**FILED**

NOV 14 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Your Name: Jevarien Z Dunlap

2  Your Address: 200 Harrison St Oakland CA 94607

3  Phone Number: 510 868 7204

4  Email Address: RyouShami@outlook.com

5  Pro Se Plaintiff

6

7  **UNITED STATES DISTRICT COURT**

8  **NORTHERN DISTRICT OF CALIFORNIA**

9

10  Jevarien Z Dunlap          **CV 25-9799**

Case Number [leave blank]

11  Plaintiff,          **AGT**

12  v.

13  **COMPLAINT**

14  State of California

15  Defendant.          DEMAND FOR JURY TRIAL

Yes ☐    No ☑

16

17  **I. PARTIES**

18  1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

19  Name: Jevarien Z Dunlap

20  Address: 200 Harrison St, Oakland CA 94607

21  Telephone: 510 868 7204

22

23  2. Defendants. [Write each defendant's full name, address, and phone number.]

24  Defendant 1:

25  Name: San Bruno Police Department

26  Address: 1177 ~~Hangtin~~ Huntington Ave E San Bruno CA 94066

27  Telephone: 650 616 7100

28  Defendant 2:

| | |
|---|---|
| 1 | Name: _Federal Building_ |
| 2 | Address: _90 7th St San Francisco CA 94103_ |
| 3 | Telephone: _800 333 4636_ |
| 4 | Defendant 3: |
| 5 | Name: _Richmond Police Department_ |
| 6 | Address: _____ |
| 7 | Telephone: _____ |

## II.     JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

    ☒ under <u>federal question jurisdiction</u> because it involves a federal law or right.

    Which federal law or right is involved?

    _Stalking Fourth Amendment_

    ☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.     VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

    ☐ a substantial part of the events I am suing about happened in this district.

    ☐ a substantial part of the property I am suing about is located in this district.

    ☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

1    ☐ at least one defendant is located in this District and any other defendants are located in California.

2

3    **IV.    INTRADISTRICT ASSIGNMENT**

4    This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

5    First write in the county in which the events you are suing about happened, and then match it to the correct

6    division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco,

7    San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa

8    Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino

9    counties, only if all parties consent to a magistrate judge.

10    5.  Because this lawsuit arose in  San Francisco          County, it should be assigned to the

11    _____ Division of this Court.

12    **V.    STATEMENT OF FACTS**

13    Write a short and simple description of the facts of your case. Include basic details such as where the events

14    happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph,

15    **starting with paragraph number 6**. Use more pages as needed.

16    FBI, San Francisco Police, Millbrae Police, Richmond Police

17    San Bruno Police. The siren for a false alarm in richmond super

18    close and in a position to leterally have me dead.

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25    _____

26    _____

27    _____

28    _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VI.    **CLAIMS**

**First Claim**

Name the law or right violated:

Fourth Amendment Right

Name the defendants who violated it:

California

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You

do not need to make legal arguments. You can refer to your statement of facts.

I felt and have been fully aware of being ~~extorin~~ prayed on through
several cities and counties in the northern california district, the incident
in richmond as well as a recent one in san bruno are the only ones I
can prove due to cameras on vehicles. These vehicles being police cars.
There are so many different Interactions throughout the northern
district of california where i'd see the same car trail me despite
walking everywhere or see someone walking the same direction
Just for me to stop go somewhere else to lag and they'd be right
back to following.

1

_____ **Claim**

2 Name the law or right violated:

3

_____

4 Name the defendants who violated it:

5

_____

6 Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

7 do not need to make legal arguments. You can refer to your statement of facts.

8 _____

9 _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23 _____

24 _____

25 _____

26 _____

27 _____

28 _____

1  **VII.    DEMAND FOR RELIEF**

2  State what you want the Court to do.  Depending on your claims, you may ask the Court to award you

3  money or order the defendant to do something or stop doing something.  If you are asking for money, you

4  can say how much you are asking for and why you should get that amount or describe the different kinds of

5  harm caused by the defendant.

6  I am asking for 22,340, for fear of having my life

7  taking away from me despite my young age and skin complexion.

8

9

10

11

12

13

14

15

16  **VIII.    DEMAND FOR JURY TRIAL**

17  Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

18  ☐ Plaintiff demands a jury trial on all issues.

19

20  Respectfully submitted,

21

22  Date: 11/13/2025    Sign Name:

23  Print Name:    Jevarien Z Dunlap

24

25

26

27

28

COMPLAINT                                    PAGE ___ OF ___                        JDC TEMPLATE, UPDATED 11/2024